# EXHIBIT A



US00D614530S

(12) **United States Design Patent** (10) Patent No.: **US D614,530 S**
Garcia et al.                                          (45) Date of Patent:    ** **Apr. 27, 2010**

(54) **FACETED VASE**

(75) Inventors: **P. F. Garcia**, Sandy Springs, GA (US);
**David Garcia**, Duluth, GA (US)

(73) Assignee: **Garcia Group, Inc.**, Atlanta, GA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/338,385**

(22) Filed: **Jun. 10, 2009**

(51) **LOC (9) Cl.** ................................. **11-02**
(52) **U.S. Cl.** .................................... **D11/143**; D11/153
(58) **Field of Classification Search** ......... D6/403–406,
D6/556–558; D8/1; D11/143–156, 164;
D19/77, 80–82, 84; D23/355, 356; D25/100;
D26/9–11, 16, 20, 22; D34/1, 2, 4–6; D99/5,
D99/19; 47/32.4, 32.5, 32.7, 33, 39, 41.01,
47/41.1, 41.11–41.15, 42–47, 65, 65.5, 65.9,
47/66.1, 66.6, 66.7, 67–71
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D87,058 | S | * | 5/1932 | Hall ........................... D11/148 |
| D99,626 | S | * | 5/1936 | Leppke ....................... D11/152 |
| D100,499 | S | * | 7/1936 | Leppke ....................... D11/152 |
| D104,165 | S | * | 4/1937 | Lorenzen et al. ........... D11/154 |
| D318,163 | S | * | 7/1991 | Chalmers .................... D34/5 |
| D351,121 | S | * | 10/1994 | Lauchlan ................... D11/143 |
| D409,520 | S | * | 5/1999 | Conner ....................... D11/143 |
| D423,984 | S | * | 5/2000 | Thach ......................... D11/145 |
| D424,471 | S | * | 5/2000 | Souris ........................ D11/146 |
| D446,746 | S | * | 8/2001 | Simmons ................... D11/143 |
| D463,615 | S | * | 9/2002 | Habibi et al. .............. D27/138 |
| D506,275 | S | * | 6/2005 | Bernardo et al. ........... D26/11 |
| D542,707 | S | * | 5/2007 | Kolokotronis et al. ...... D11/153 |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Garth Rademaker
(74) *Attorney, Agent, or Firm*—Gardner Groff Greenwald & Villanueva PC

(57) **CLAIM**

The ornamental design for a faceted vase, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a faceted vase according to the new design;

FIG. 2 is a front view of the faceted vase of FIG. 1, the rear view being a mirror image thereof.

FIG. 3 is a side view of the faceted vase of FIG. 1, the opposite side view being a mirror image thereof.

FIG. 4 is a top view of the faceted vase of FIG. 1; and,

FIG. 5 is a bottom view of the faceted vase of FIG. 1.

**1 Claim, 4 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



FIG. 4

FIG. 5

US00D619922S

(12) **United States Design Patent**
Garcia et al.

(10) Patent No.: **US D619,922 S**
(45) Date of Patent: ✱✱ **Jul. 20, 2010**

(54) **FACETED VASE**

(75) Inventors: **P. F. Garcia**, Sandy Springs, GA (US);
**David Garcia**, Duluth, GA (US)

(73) Assignee: **Garcia Group, Inc.**, Atlanta, GA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/355,259**

(22) Filed: **Feb. 4, 2010**

**Related U.S. Application Data**

(62) Division of application No. 29/338,385, filed on Jun. 10, 2009, now Pat. No. Des. 614,530.

(51) LOC (9) Cl. .................................. **11-02**
(52) U.S. Cl. ..................................... **D11/143**; D11/153
(58) Field of Classification Search .......... D6/403–405, D6/556–558; D8/1; D11/143–156, 164; D19/77, 80–82, 84; D25/100; D26/9–11, D26/16–18, 20, 22; D34/1, 2, 4–6; D99/5, D99/19; 47/32.7, 33, 39, 41.01, 41.1, 41.12, 47/41.13, 41.15, 44–47, 65.5, 65.9, 66.1, 47/66.3–66.6, 67–70
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D4,318 S ✱ 8/1870 Roebuck et al. ................ D34/2

(Continued)

OTHER PUBLICATIONS

"Brody Floral Glassware and Candle Accessories" catalog; 24 pages; 2007.

Product Description: 31724 Octavia Rose Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.

(Continued)

*Primary Examiner*—Garth Rademaker
(74) *Attorney, Agent, or Firm*—Gardner Groff Greenwald & Villanueva, PC

(57) **CLAIM**

The ornamental design for a faceted vase, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a faceted vase according to a first embodiment;

FIG. 2 is a front view of the faceted vase of FIG. 1, the rear view being a mirror image thereof.

FIG. 3 is a side view of the faceted vase of FIG. 1, the opposite side view being a mirror image thereof.

FIG. 4 is a top view of the faceted vase of FIG. 1.

FIG. 5 is a bottom view of the faceted vase of FIG. 1.

FIG. 6 is a perspective view of a faceted vase according to a second embodiment;

FIG. 7 is a front view of the faceted vase of FIG. 6, the rear view being a mirror image thereof.

FIG. 8 is a side view of the faceted vase of FIG. 6, the opposite side view being a mirror image thereof.

FIG. 9 is a top view of the faceted vase of FIG. 6; and,

FIG. 10 is a bottom view of the faceted vase of FIG. 6.

The unevenly-broken lines depict environmental subject matter only and the evenly-spaced broken lines depict a boundary of the claim. Neither type of broken line forms any part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D619,922 S

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D30,739 S | * | 5/1899 | Howard ........................... D8/1 |
| D87,058 S | | 3/1932 | Hall |
| D99,626 S | | 2/1936 | Leppke |
| D100,499 S | | 2/1936 | Leppke |
| D104,165 S | | 2/1937 | Lorenzen et al. |
| D318,163 S | | 7/1991 | Chalmers |
| D351,121 S | | 10/1994 | Lauchlan |
| D358,115 S | | 5/1995 | Rahr |
| D375,047 S | | 10/1996 | Jivago |
| D389,944 S | * | 1/1998 | Hutton ........................ D26/9 |
| D403,613 S | * | 1/1999 | Shaw ........................ D11/143 |
| D409,520 S | | 5/1999 | Conner |
| D423,984 S | | 5/2000 | Thach |
| D424,471 S | | 5/2000 | Souris |
| D446,746 S | | 8/2001 | Simmons |
| D463,615 S | | 9/2002 | Habibi et al. |
| D506,275 S | | 6/2005 | Bernardo et al. |
| D542,707 S | | 5/2007 | Kolokotronis et al. |
| D578,927 S | | 10/2008 | Brandstatter |
| D582,534 S | | 12/2008 | Conway et al. |
| D612,289 S | * | 3/2010 | Donovan ..................... D11/146 |
| D614,530 S | * | 4/2010 | Garcia et al. ................ D11/143 |
| D614,531 S | * | 4/2010 | Garcia et al. ............... D11/143 |
| 2009/0049743 A1 | | 2/2009 | Lewis, Jr. |

### OTHER PUBLICATIONS

Product Description: 01004-8" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.
Product Description: 30180-11" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.
Product Description: 30183-9" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.
Page 21 of Syndicate Sales catalog cover; 1 page; circa 2009.
Brody Company catalog p. 7; "Octavia V.C."; 1 page; circa 2001.
Syndicate Sales catalog p. 43; "Octagons"; 1 page; circa 2000.
Brody Catalog p. "200's Set one"; 1 page; circa 2006.
Profile Glass Company (of Garcia Group) price list; 1 page; 1997.
Pete Garcia Company price list; 1 page; 1997.
Garcia Group Glass Sales Flyer; 2 pages; Aug. 2008.
Garcia Group Glass Sales Flyer; 2 pages; Sep. 2008.
Page 47 from Link Magazine; 1 page; Dec. 1994.
Cover and p. 5 from F.Y.I. Newsletter; 2 pages; Sep. 1991.
Cover and p. 15 from F.Y.I Newsletter; 2 pages; Mar. 1991.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



FIG. 4

FIG. 5



**FIG. 6**



**FIG. 7**



**FIG. 8**

U.S. Patent

Jul. 20, 2010

Sheet 8 of 8

US D619,922 S



FIG. 10

FIG. 9

US00D633412S

(12) **United States Design Patent** (10) Patent No.: **US D633,412 S**
Garcia et al. (45) Date of Patent: ✱✱ **Mar. 1, 2011**

(54) **FACETED VASE**

(75) Inventors: **Pedro F. Garcia**, Sandy Springs, GA
(US); **David Garcia**, Duluth, GA (US)

(73) Assignee: **Garcia Group, Inc.**, Atlanta, GA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/366,057**

(22) Filed: **Jul. 19, 2010**

**Related U.S. Application Data**

(60) Continuation of application No. 29/355,259, filed on
Feb. 4, 2010, now Pat. No. Des. 619,922, which is a
division of application No. 29/338,385, filed on Jun.
10, 2009, now Pat. No. Des. 614,530.

(51) **LOC (9) Cl.** .................................................. **11-02**
(52) **U.S. Cl.** ...................................... **D11/143; D11/153**
(58) **Field of Classification Search** .......... D6/403–405,
D6/556–558; D8/1; D11/143–156, 164;
D19/77, 80, 81, 84; D26/9–11, 16, 19; D34/1,
D34/2, 4–6; D99/5, 19; 47/32.4, 32.5, 32.7,
47/33, 39, 41.01, 41.1, 41.11–41.15, 44–47,
47/65, 65.5, 65.9, 66.1, 66.2, 66.6, 66.7,
47/67–71
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D87,058 S | 3/1932 | Hall |
| D99,626 S | 2/1936 | Leppke |
| D100,499 S | 2/1936 | Leppke |
| D104,165 S | 2/1937 | Lorenzen et al. |
| D318,163 S | 7/1991 | Chalmers |

| | | | |
|---|---|---|---|
| D338,427 S | ✱ | 8/1993 | Liou ........................ D11/153 |
| D351,121 S | | 10/1994 | Lauchlan |
| D358,115 S | | 5/1995 | Rahr |
| D375,047 S | | 10/1996 | Jivago |
| D403,613 S | ✱ | 1/1999 | Shaw ........................ D11/143 |

(Continued)

OTHER PUBLICATIONS

"Brody Floral Glassware and Candle Accessories" catalog; 24 pages;
2007.

(Continued)

*Primary Examiner*—Garth Rademaker
(74) *Attorney, Agent, or Firm*—Gardner Groff Greenwald &
Villanueva, PC

(57) **CLAIM**

The ornamental design for a faceted vase, as shown and
described.

**DESCRIPTION**

FIG. 1 is a perspective view of a faceted vase according to the
design.

FIG. 2 is a front view of the faceted vase of FIG. 1, the rear
view being a mirror image thereof.

FIG. 3 is a side view of the faceted vase of FIG. 1, the opposite
side view being a mirror image thereof.

FIG. 4 is a top view of the faceted vase of FIG. 1; and,

FIG. 5 is a bottom view of the faceted vase of FIG. 1.

The evenly-spaced broken lines in the drawings depict envi-
ronmental subject matter only and the unevenly-spaced bro-
ken lines depict boundaries of the claimed design. None of the
broken line elements form any part of the claimed design.

**1 Claim, 4 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| D409,520 S | | 5/1999 | Conner | |
|---|---|---|---|---|
| D423,984 S | | 5/2000 | Thach | |
| D424,471 S | | 5/2000 | Souris | |
| D446,746 S | | 8/2001 | Simmons | |
| D463,615 S | | 9/2002 | Habibi et al. | |
| D506,275 S | | 6/2005 | Bernardo et al. | |
| D542,707 S | | 5/2007 | Kolokotronis et al. | |
| D574,294 S | * | 8/2008 | Heathcock et al. | D11/144 |
| D578,927 S | | 10/2008 | Brandstatter | |
| D582,534 S | | 12/2008 | Conway et al. | |
| D589,297 S | * | 3/2009 | Zollweg | D11/154 |
| D614,530 S | * | 4/2010 | Garcia et al. | D11/143 |
| D614,531 S | * | 4/2010 | Garcia et al. | D11/143 |
| D619,922 S | * | 7/2010 | Garcia et al. | D11/143 |
| D621,740 S | * | 8/2010 | Garcia et al. | D11/154 |
| 2009/0049743 A1 | | 2/2009 | Lewis, Jr. | |

## OTHER PUBLICATIONS

Product Description: 31724 Octavia Rose Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.

Product Description: 01004- 8" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.

Product Description: 30180- 11" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.

Product Description: 30183- 9" Illusions Vase; Indiana Glass/Brody Company (www.indianaglass.com); 1 page; printed Mar. 5, 2008.

Page 21 of Syndicate Sales catalog cover; 1 page; circa 2009.

Brody Company catalog p. 7; "Octavia V.C."; 1 page; circa 2001.

Syndicate Sales catalog p. 43; "Octagons"; 1 page; circa 2000.

Brody Catalog p. "200's Set one"; 1 page; circa 2006.

Profile Glass Company (of Garcia Group) price list; 1 page; 1997.

Pete Garcia Company price list; 1 page; 1997.

Garcia Group Glass Sales Flyer; 2 pages; Aug. 2008.

Garcia Group Glass Sales Flyer; 2 pages; Sep. 2008.

Page 47 from Link Magazine; 1 page; Dec. 1994.

Cover and p. 5 from F.Y.I. Newsletter; 2 pages; Sep. 1991.

Cover and p. 15 from F.Y.I Newsletter; 2 pages; Mar. 1991.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**

Case 1:12-cv-01070-RLV   Document 1-1   Filed 03/28/12   Page 22 of 22



**FIG. 4**

**FIG. 5**