# EXHIBIT B





**4-868GLS/1SU**
5.75X10.25"
3 ASST. COLORS
WEIGHT: TBA lb., CUBE: 1.29 ft³
7 31975 20507 6
Case: 6, Price: $8.90



**4-874GLS/1SU**
4X8.75", MIDSEC: 5"
3 ASST. COLORS
WEIGHT: TBA lb., CUBE: 1.39 ft³
7 31975 20505 2
Case: 6, Price: $5.70



**7-836GLS/1SU**
4.5X10", MIDSEC: 5.5"
3 ASST. COLORS
WEIGHT: TBA lb., CUBE: 1.59 ft³
7 31975 20440 6
Case: 6, Price: $7.50



**4-867GLS/1SU**
7X11.75"
3 ASST. COLORS
WEIGHT: TBA lb., CUBE: 1.39 ft³
7 31975 20508 3
Case: 3, Price: $14.70



**4-875GLS/1SU**
3.75X7.25", BTM: 4.25"
3 ASST. COLORS
WEIGHT: TBA lb., CUBE: 0.69 ft³
7 31975 20506 9
Case: 6, Price: $5.30

**S4**