# EXHIBIT C



Garcia Group Glass
Patented Item #2907



GGG ITEM #2907

Garcia Group Glass Product Comparison 3/15/2012